IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTE WALLACE ARKEKETAH,<br><br>Defendant. | Case No. 22-CR-104-JFH |

### OPINION AND ORDER

Before the Court is a motion to transfer defendant ("Motion") filed by Defendant Monte Wallace Arkeketah ("Defendant"). Dkt. No. 34. Defendant is currently detained pending sentencing and asks the Court to issue an order changing the terms of his confinement. *Id.* Defendant states his common-law wife of thirty-three (33) years is in stage five heart and kidney failure and that his current detention facility does not allow in-person family visitation. *Id.* He requests the Court enter an Order directing the United States Marshals Service to transfer him to a different facility where he can have in-person family visitation with his wife. *Id.*

Pursuant to 18 U.S.C. § 4086, "United States marshals shall provide for the safe-keeping of any person arrested or held under the authority of any enactment of Congress pending commitment to an institution." Therefore, the United States Marshal is responsible for Defendant's safe-keeping. Defendant has cited no authority for his request that the Court should assume control of the conditions of his confinement. The Court has provided the United States Marshal with a copy of Defendant's Motion.

IT IS THEREFORE ORDERED that Defendant's Motion [Dkt. No. 34] is DENIED.

IT IS FURTHER ORDERED that the Clerk's Office is directed to provide a copy of this Order to the United States Marshal.

Dated this 27th day of October 2022.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE